| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MILLER NASH LLP<br>Bernie Kornberg (SBN 252006)<br>bernie.kornberg@millernash.com<br>Daniel Flessig (SBN 366518)<br>daniel.flessig@millernash.com<br>340 Golden Shore, Suite 450<br>Long Beach, CA 90802<br>Telephone: 562.435.8002<br>Facsimile: 562.435.7967<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant, Unison Midgard Holdings LLC* | FILED & ENTERED<br>SEP 21 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Mason DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: | CASE NO.: 6:26-bk-12530-SY |
|---|---|
| SASSAN HEMMATI, | CHAPTER: 7 |
| | **ORDER ON MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY WITH RESPECT TO DEBTOR [11 U.S.C. § 362(c)(3)] OR THAT NO STAY IS IN EFFECT [11 U.S.C. § 362(c)(4)(A)(ii)]** |
| Debtor(s). | DATE: 9/16/2026<br>TIME: 9:30 a.m.<br>COURTROOM: 302<br>PLACE: 3420 Twelfth Street<br>Riverside, CA 92501 |

**Movant** *(name)*: Unison Midgard Holdings LLC

1. The Motion was: ☐ Opposed ☒ Unopposed

2. ☐ The motion is denied: ☐ without prejudice ☐ with prejudice ☐ on the following grounds:

   a. ☐ Based upon the findings and conclusions set forth on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of cause
   e. ☐ Other (*specify*):

3. ☒ The motion is **GRANTED** on **ONE** of the following grounds (*select one*):

   a. ☐ Pursuant to 11 U.S.C. § 362(c)(3), a single or joint case filed by or against the Debtor was pending but dismissed within the year ending on the petition date of this case, the dismissed case was not a case refiled under a chapter other than chapter 7 following dismissal under 11 U.S.C. § 707(b), and 30 days have elapsed since the filing of the petition in the above-entitled case and no order has been entered continuing the stay; or

   b. ☒ Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), two or more single or joint cases filed by or against the Debtor were pending but dismissed within the year ending on the petition date of this case and none of the dismissed cases was refiled under a chapter other than chapter 7 after dismissal under 11 U.S.C. § 707(b).

4. ☒ Based upon the motion being granted, this order **CONFIRMS** that (*select one*):

   a. ☐ Under 11 U.S.C. § 362(c)(3) the automatic stay has been terminated with respect to the Debtor; or

   b. ☒ Under 11 U.S.C. § 362(c)(4)(A)(ii) no stay was ever in effect in this case.

5. ☐ The motion is settled by stipulation. A stipulation containing all required signatures has been filed separately.

   a. ☐ The stipulation is **APPROVED** and its operative terms are **ORDERED** by the court; or

   b. ☐ The stipulation is **NOT APPROVED**.

6. ☐ Additional provisions (if any):

   a. ☐ See attached continuation page; or

   b. ☐ Insert provisions here:

###

Date: September 21, 2026

Scott H. Yun
United States Bankruptcy Judge